IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RAY HERMAN, | No. CIV S-06-0105-MCE-CMK-P |
|     Petitioner, | |
|   vs. | <u>ORDER</u> |
| D.L. RUNNELS, et al., | |
|     Respondents. | |
| _____/ | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 26, 2006, petitioner submitted a letter to the court inquiring about the status of a request for extension of time purportedly filed on or about March 24, 2006. The docket does not reflect any such filing. To the extent, however, petitioner seeks an extension of time to file a traverse, the court will construe petitioner's letter as a motion for an extension of time, which will be granted.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's letter is construed as a request for an extension of time to file a traverse;

2. So construed, the request is granted; and

3. Petitioner may file a traverse within 30 days of the date of service of this order.

DATED: May 3, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE